UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JIMMY DOWNS,

       Plaintiff,

v.

M. FERRIOLO, et al.,

       Defendants.

-CV- JCM ()

### ORDER

Presently before the court is defendant's motion to voluntarily withdraw (doc. #14) the motion to dismiss (doc. #8) following plaintiff's filing of a first amended complaint (doc. #13).

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to withdraw the motion to dismiss (doc. #14) be, and the same hereby is, GRANTED.

DATED June 21, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**