ADAM PAUL LAXALT
Attorney General
ANN MCDERMOTT
Chief Deputy Attorney General
Nevada Bar No. 8180
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101-1068
(702) 486-3306
(702) 486-3773 fax
AMcDermott@ag.nv.gov
Attorneys for Defendants
Michael Ferriolo and State of Nevada,
ex rel. Its Taxicab Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JIMMY DOWNS,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL FERRIOLO IN HIS INDIVIDUAL and OFFICIAL CAPACITY; STATE OF NEVADA, NEVADA TAXICAB AUTHORITY, AN AGENCY OF THE STATE OF NEVADA; and DOES 1 TO 50; INCLUSIVE,<br><br>    Defendants. | Case No.  2:11-cv-00453-JCM-PAL<br><br>**STIPULATION FOR DISMISSAL<br>WITH PREJUDICE** |

    Defendants, MICHAEL FERRIOLO AND STATE OF NEVADA, NEVADA TAXICAB AUTHORITY, by and through counsel, ADAM PAUL LAXALT, Attorney General, and ANN MCDERMOTT, Chief Deputy Attorney General, and Plaintiff JIMMY DOWNS, hereby stipulate

. . .

. . .

. . .

-1-

by mutual agreement to dismissal with prejudice of the above-entitled case in its entirety. Each party will bear their own fees and costs.

| | |
|---|---|
| DATED this 3rd day of August, 2015. | DATED this 3rd day of August, 2015. |
| ADAM PAUL LAXALT<br>Attorney General | LAW OFFICE OF PETER GOLDSTEIN |
| By:   /s/ Ann McDermott<br>   ANN MCDERMOTT<br>   Chief Deputy Attorney General<br>   555 E. Washington Ave., Ste. 3900<br>   Las Vegas, Nevada  89101<br>   Attorneys for Defendants | By:   /s/ Peter Goldstein<br>   PETER GOLDSTEIN, ESQ.<br>   10795 W. Twain Ave., Ste. 110<br>   Las Vegas, Nevada  89135<br>   Attorneys for Plaintiff |

## ORDER

IT IS SO ORDERED.

DATED August 4, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE